IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES V. DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 1:07cv830-WC |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

Upon consideration of Plaintiff's unopposed Motion for Extension of Time (Doc. #13), it is

ORDERED that the Motion (Doc. #13) is GRANTED. Plaintiff has until **on or before 25 February 2008** to file a brief in support of the Complaint.

Done this 18th day of January, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE